UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE LUCAS, | No. 2: 16-cv-0171 KJN P |
| Plaintiff, | |
| v. | ORDER |
| C. MASEDO, et al., | |
| Defendants. | |

Plaintiff is a prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On July 26, 2017, plaintiff filed a pleading titled "Motion to dismiss and request for injunction." (ECF No. 34.) In this pleading, plaintiff requests that this action be dismissed. Plaintiff also requests that the court order the Yolo County Sheriff's Department to take plaintiff's report against defendant Masadeo for assault and imprisonment. Plaintiff requests that defendant Masadeo be arrested for his actions.

The court cannot order the relief sought by plaintiff against defendant Masadeo in the pending pleading. In a civil rights action, the court cannot order a criminal prosecution as a remedy. Accordingly, plaintiff is ordered to inform the court whether he still wishes to dismiss this action if the court cannot order the relief requested in his July 26, 2017 pleading.

////

////

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall inform the court whether he wishes to dismiss *or* proceed with this action.

Dated: August 9, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Luc171.ord