UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE LUCAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. MASEDO, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-0171 KJN P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: September 5, 2017

　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Luc171.59

1